**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2815-WJM-GPG

STEPHANIE EINFELD, an individual,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.

    Defendant.

_____

**STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT**
_____

    Plaintiff Stephanie Einfeld and Defendant JPMorgan Chase Bank, N.A. ("**Chase**"), by and through their respective counsel, submit this stipulated motion to set aside the default entered against Chase on November 5, 2020 (Dkt. No. 12) (the "**Motion**"), as follows:

    1.    Plaintiff filed her complaint (the "**Complaint**") on September 16, 2020 (Dkt. No. 1).

    2.    Plaintiff served a copy of the Complaint and Summons on Chase on September 25, 2020 (Dkt. No. 9-1).

    3.    Chase's deadline to respond to the Complaint was October 16, 2020.

    4.    Chase did not respond to the Complaint by the October 16, 2020 deadline.

    5.    On November 2, 2020, Plaintiff filed a motion for entry of default (Dkt. No. 11).

    6.    On November 5, 2020, the Clerk of Court entered a default against Chase (Dkt. No. 12).

7. On November 10, 2020, counsel for Chase contacted counsel for Plaintiff by telephone and explained that they had been engaged to represent Chase in this matter and wished to set aside the default in order to litigate the case on the merits. On November 12, 2020, counsel for Chase entered their appearances in this case (Dkt. Nos. 13, 14).

8. Plaintiff has agreed to set aside the default and to set a deadline of November 25, 2020 for Chase to answer or otherwise respond to the Complaint.

9. In light of the relief sought through this Motion, by separate stipulated motion, the parties will request that the scheduling conference currently set for December 2, 2020 be rescheduled.

WHEREFORE, Plaintiff Stephanie Einfeld and Defendant JPMorgan Chase Bank, N.A. stipulate to setting aside the entry of default and setting November 25, 2020 as the deadline for Defendant to respond to the Complaint, and request that the Court issue the accompanying proposed order granting the same.

Respectfully submitted this 12th day of November 2020.

| VEDRA LAW LLC | KUTAK ROCK LLP |
|---|---|
| *s/ Daniel James Vedra* | *s/ John H. Bernstein* |
| Daniel James Vedra | John H. Bernstein (#17358) |
| 1444 Blake Street | Daniel Carmeli (#52880) |
| Denver, CO 80202 | 1801 California St., Suite 3000 |
| Telephone: (303) 937-6540 | Denver, CO 80202 |
| Facsimile: (303) 937-6547 | Telephone: (303) 297-2400 |
| dan@vedralaw.com | Facsimile: (303) 292-7799 |
| *Attorneys for Plaintiff* | John.Bernstein@kutakrock.com |
| | Daniel.Carmeli@kutakrock.com |
| | *Attorneys for Defendant* |

4810-6890-7729.1

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Daniel J. Vedra, Esq.
    Vedra Law LLC
    1444 Blake Street
    Denver, CO 80202
    dan@vedralaw.com

    *Attorneys for Plaintiff*

    *s/ John H. Bernstein*
    John H. Bernstein

4810-6890-7729.1