**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2815-WJM-GPG

STEPHANIE EINFELD, an individual,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.

        Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT**
_____

The Court, having reviewed the Stipulated Motion to Set Aside Entry of Default and being sufficiently advised in the premises, hereby ORDERS as follows:

1. The default entered against JPMorgan Chase Bank, N.A. is hereby SET ASIDE.

2. Defendant JPMorgan Chase Bank, N.A. shall answer or otherwise respond to the Complaint on or before November 25, 2020.

SO ORDERED this ____ day of _____, 2020.

                                                     BY THE COURT:

                                                     _____