## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2815-WJM-GPG

STEPHANIE EINFELD, an individual,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.

      Defendant.

___

**ORDER GRANTING JOINT MOTION TO CONTINUE TELEPHONIC SCHEDULING CONFERENCE AND RESET DEADLINE TO SUBMIT PROPOSED SCHEDULING ORDER**
___

The Court, having reviewed the Joint Motion to Continue Telephonic Scheduling Conference and Reset Deadline to Submit Proposed Scheduling Order, and being sufficiently advised in the premises, hereby ORDERS as follows:

The Telephonic Scheduling Conference which had been set for December 2, 2020 at 11:00 AM is hereby VACATED. Within seven (7) days, the parties SHALL contact the Court's Clerk in Grand Junction to reset the conference to a date in January. The parties are ordered to file a proposed scheduling order one week prior to the January date.

SO ORDERED this 25th day of ___November____, 2020.

                                    BY THE COURT:

                                    Gordon P. Gallagher
                                    United States Magistrate Judge