**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2815-WJM-GPG

STEPHANIE EINFELD,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

_____

**DECLARATION OF PRASHANT SINGH IN SUPPORT OF**
**DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS OR,**
**ALTERNATIVELY, TO COMPEL ARBITRATION**
_____

        I, Prashant Singh, under penalties of perjury, declare and state the following in support of Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss or, Alternatively, to Compel Arbitration:

        1.      I am over the age of 18 and competent to testify to the matters herein from my own personal knowledge.

        2.      I am an Executive Director, Product Management Director, and Director of Pricing Processes, Strategy, Competitive Intelligence and Customer Experience for credit card services provided by JPMorgan Chase Bank, N.A. ("**Chase**"), and have been a full time employee with Chase since 2007.

        3.      The Plaintiff opened the credit card account at issue in this lawsuit on October 28, 2013 (the "**Account**"). The credit card that is the subject of this lawsuit ended in 9919.

4. By opening her Account, the Plaintiff agreed to the terms of Chase's Cardmember Agreement (the "**Cardmember Agreement**"). Attached as Exhibit A is a true and correct copy of the Cardmember Agreement.

5. Since opening the Account, the Cardmember Agreement has been amended by several changes in terms (the "**Changes in Terms**"). Attached as Exhibit B is a true and correct copy of the Changes in Terms.

6. Among those was a change in terms issued on May 18, 2019 (the "**2019 Change in Terms**"). (Exhibit B, at 7-12).

7. The 2019 Change in Terms states that, among other changes to the Cardmember Agreement, effective August 8, 2019, the Cardmember Agreement would include a binding arbitration agreement (the "**Arbitration Agreement**").

8. The 2019 Change in Terms states: "**YOU CAN REJECT THE BINDING ARBITRATION AGREEMENT. YOU MUST MAIL YOUR REJECTION TO US BY 08/07/2019. PLEASE SEE THE END OF THIS NOTICE FOR INSTRUCTIONS.**"

9. Chase's records show no evidence that Plaintiff rejected the Arbitration Agreement.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to my personal knowledge.

Dated this 3rd day of December, 2020.

_____
Prashant Singh