# EXHIBIT B

Chase Bank USA, N.A.
PO Box 15519
Wilmington DE 19850-5519



Stephanie A. Einfeld
1777 Timothy Dr.
Steamboat Springs, CO 80487-2325

October 03, 2015  •  Southwest Airlines® Rapid Rewards® credit card ending in:  5871

## Important Changes to Your Account Terms

We are making changes to your Cardmember Agreement. The changes to the Annual Percentage Rates (APRs) described below are to standardize these terms for cardmembers who have the same type of account. Below is a summary of all the changes that are being made to your account terms. *All changes take effect 12/11/15.*

**These changes will impact your account as follows:**

<u>Transactions made on or after 10/21/15</u>: As of 12/11/15, changes to the APRs described below will apply to these transactions.

<u>Transactions made before 10/21/15</u>: Current APRs will continue to apply to these transactions.

**Rejecting changes:** You have the right to reject the changes in the Revised Terms table. If you want to reject them, you must contact us by 12/10/15. Call us at 1-800-792-0001 or write to us at Cardmember Services, P.O. Box 15098, Wilmington, DE, 19850-5098. You can also reach us at our TTY number 1-800-955-8060. However, if you reject these changes, you will not be able to use your account for new transactions and your account will be closed. *You will still be responsible for paying monthly payments until your balance is paid in full.*

| Revised Terms as of 12/11/15 | |
|---|---|
| **Cash Advance and Overdraft Advance APRs** | **24.99**%. This APR will vary with the market based on the Prime Rate. |
| **Balance Transfer Fee** | Either **$5** or **5**% of the amount of each transaction, whichever is greater. |
| **Cash Advances Fee** | Either **$10** or **5**% of the amount of each transaction, whichever is greater. |
| **Late Payment Fee** | Up to **$15** if your balance is less than **$100**; up to **$27** if the balance is **$100** to less than **$250**; up to **$37** if the balance is **$250** or more. |
| **Return Payment Fee** | Up to **$37** |

**Additional Information About These Changes**

**Variable Rates/ Prime Rate:** Variable APR(s) are based on the highest U.S. Prime Rate (currently **3.25**% as of **10/03/15**) published in the Money Rates section of *The Wall Street Journal* two business days (not weekends or federal holidays) before your statement closing date. Any new rate will be applied as of the first day of your billing cycle during which the Prime Rate has changed.

1

SEE BACK OF PAGE for more important information about your account.

∗ **THIS IS A DUPLICATE COPY** ∗

CIT012

**Cash Advance and Overdraft Advance APR:** We add **21.74**% to the Prime Rate to determine the Cash Advance and Overdraft Advance APRs (daily periodic rate currently **0.04175**%). Maximum APR **29.99**% (currently **0.08217**%).

**Penalty Fees (Late Payment Fee and Return Payment Fee):** A single violation of each type will not exceed **$27.** However, if another violation of the same type occurs within six monthly billing periods we will charge up to the maximum fee in the table above. The Late Payment and Return Payment fees will not exceed the related minimum payment that was due.

**Amendment to your Cardmember Agreement:** The changes described in the Summary and additional information section of this notice amend your Cardmember Agreement and replace the corresponding terms that currently apply. Any terms of your account not described in this notice continue to apply.

2

Chase Bank USA, N.A.
PO Box 15519
Wilmington DE 19850-5519



Stephanie A. Einfeld
1777 Timothy Dr.
Steamboat Springs, CO 80487-2325

Southwest Airlines® Rapid Rewards® credit credit card ending in 5871

## Important Change to Your Account Terms

We are making a change to your Cardmember Agreement. The change to the Annual Percentage Rate (APR) described below is to standardize terms for cardmembers who have the same type of account. Below is a summary of the change that is being made to your account terms. *This change takes effect 09/15/16.*

**This change will impact your account as follows:**

<u>Transactions made on or after 09/15/16</u>: As of 09/15/16, the change to the APR described below will apply to these transactions.

<u>Transactions made before 09/15/16</u>: The current APR will continue to apply to these transactions.

**Rejecting this change:** You have the right to reject the change in the Revised Terms table. If you want to reject it, you must contact us by 09/14/16. Call us at 1-800-792-0001 or write to us at Cardmember Services, P.O. Box 15098, Wilmington, DE, 19850-5098. You can also reach us at our TTY number 1-800-955-8060. If you reject this change, you will not be able to use your account for new transactions and your account will be closed. *You will still be responsible for paying monthly payments until your balance is paid in full.*

| Revised Terms as of 09/15/16 | |
|---|---|
| **Cash Advance APR** | **25.24**% This APR will vary with the market based on the prime rate. |

**Additional Information About This Change**

**Variable Rates/ Prime Rate:** Variable APRs are based on the highest U.S. prime rate (currently **3.50**% as of **06/30/16**) published in the Money Rates section of *The Wall Street Journal* two business days (not weekends or federal holidays) before your statement closing date. Any new rate will be applied as of the first day of your billing cycle during which the prime rate has changed. The APR disclosed in this notice is **25.24**% as of **06/30/16**. If the prime rate has changed since that date, your rate may be different.

**Cash Advance APR:** We add **21.74**% to the prime rate to determine the Cash Advance APR (daily periodic rate currently **0.06915**%). Maximum APR **29.99**% (currently **0.08217**%).

**Amendment to your Cardmember Agreement:** The change described in the Revised Terms Summary and Additional Information sections of this notice amends your Cardmember Agreement and replaces the corresponding terms that currently apply. Any terms of your account not described in this notice continue to apply.

4

Chase Bank USA, N.A.
PO Box 15519
Wilmington DE 19850-5519



Stephanie A. Einfeld
1777 Timothy Dr.
Steamboat Springs, CO 80487-2325

Southwest Rapid Rewards® credit card ending in 9919

## Important Changes to Your Account Terms

We're making the following changes to your Cardmember Agreement as described below. We're changing the fee(s) on your account to standardize terms for cardmembers who have the same type of account. *All changes take effect 02/25/19.*

**Rejecting changes:** You have the right to reject the changes in the Revised Terms table, but you must contact us by 02/24/19 if you want to do this. Call us at 1-800-792-0001 or write to us at Cardmember Services, PO Box 15098, Wilmington, DE, 19850-5098. If you're hard of hearing, you can communicate with us over TTY at 1-800-955-8060. If you reject these changes, we will close your account and you will not be able to use it for new transactions. *You will still be responsible for making monthly payments until your balance is paid in full.*

| Revised Terms as of 02/25/19 | |
| --- | --- |
| Late Payment Fee | Up to **$39** |
| Return Payment Fee | Up to **$39** |

**Additional Information About These Changes**

**Penalty Fees (Late Payment Fee and Return Payment Fee):** A single violation of each type will not exceed **$28**. However, if another violation of the same type occurs within six monthly billing periods, we will charge up to the maximum fee in the table above. The Late Payment and Return Payment fees will not exceed the related minimum payment that was due.

**Amendment to your Cardmember Agreement:** The changes described in the Revised Terms Summary and Additional Information sections of this notice amend your Cardmember Agreement and replace the corresponding terms that currently apply. Any terms of your account not described in this notice continue to apply.

Chase Card Services
PO Box 15519
Wilmington DE 19850-5519



Stephanie A. Einfeld
1777 Timothy Dr.
Steamboat Springs, CO 80487-2325

Southwest Rapid Rewards® Credit Card ending in 9919

## Important Changes to Your Account Terms

**Notice:** Your Cardmember Agreement and associated Rewards Program Agreement (if any) were assigned to JPMorgan Chase Bank, N.A., as successor by merger to Chase Bank USA, N.A., on **05/18/2019**. Furthermore, beginning **05/18/2019** all references to Chase Bank USA, N.A. in your Guide to Benefits and any additional account agreements and documents shall be read as JPMorgan Chase Bank, N.A.

**Summary of changes to your account terms effective 08/08/2019.**

- The description of the Minimum Payment calculation found under your Cardmember Agreement Rates and Fees Table is changing to **a minimum of $35** and to include unique payment obligations in connection with Flexible Financing Offers.

- We are introducing two new features, My Chase Loan[SM] and My Chase Plan[SM], under which Flexible Financing Offers may be available to you from time to time, subject to the new rates and fees and Cardmember Agreement terms described below.

- A binding arbitration provision is added and the Military Lending Act Notice is revised accordingly. **YOU CAN REJECT THE BINDING ARBITRATION AGREEMENT. YOU MUST MAIL YOUR REJECTION TO US BY 08/07/2019. PLEASE SEE THE END OF THIS NOTICE FOR INSTRUCTIONS.**

**Details on the changes to your account, effective 08/08/2019**

**1.** Your Cardmember Agreement Rates and Fees Table is amended as follows:

| Revised Terms as of 08/08/2019 | |
|---|---|
| **INTEREST RATES AND INTEREST CHARGES** | |
| ***My Chase Loan* Annual Percentage Rate (APR)** | **17.49%.** This APR will vary with the market based on the Prime Rate.[a]<br>Promotional offers with fixed APRs and varying durations may be available from time to time on some accounts. |
| **Paying Interest** | Your due date will be a minimum of 21 days after the close of each billing cycle. We will not charge you interest on new purchases if you pay your entire balance or Interest Savings Balance by the due date each month. We will begin charging interest on balance transfers and cash advances on the transaction date. |

| FEES | |
|---|---|
| ***My Chase Plan* Fee (fixed finance charge)** | **1.72%** of the amount of each purchase transaction selected to create a *My Chase Plan*. The *My Chase Plan* Fee will be determined at the time each *My Chase Plan* is created and will remain the same until the *My Chase Plan* balance is paid in full.[c] |

SEE BACK OF PAGE for more important information about your account.

7

∗ **THIS IS A DUPLICATE COPY** ∗

CTE021

**ADDITIONAL INFORMATION ABOUT THESE CHANGES**

[a] *My Chase Loan* **APR**:  We add **11.99 %** to the Prime Rate to determine the *My Chase Loan* APR. Variable APRs are based on the highest U.S. prime rate published in the Money Rates section of *The Wall Street Journal* two business days (not weekends or federal holidays) before your statement closing date. The U.S. prime rate is currently **5.50%** as of **05/08/2019**. The daily periodic rate is **0.04792%**.

[c] *My Chase Plan* **Fee**. The *My Chase Plan* Fee is calculated at the time each plan is created and is based on the amount of each purchase transaction selected to create the plan, the number of billing periods you choose to pay the balance in full, and other factors. The monthly and aggregate dollar amount of your *My Chase Plan* Fee will be disclosed during the activation of each *My Chase Plan*.

**2.** The description of Minimum Payment found under your Cardmember Agreement Rates and Fees Table is changed to read as follows:

**Minimum Payment:** We will calculate the minimum payment as:

1. Any past-due amounts; **PLUS**

2. Any special payment obligations in connection with Flexible Financing Offers which require repayment of the balance over a pre-selected number of billing periods; **PLUS**

3. The larger of:

    a. $35 (or total amount you owe if less than $35); or

    b. The sum of:

        i. 1% of the new balance (excluding any Flexible Financing Offer balances which require special payment obligations to ensure repayment of the balance over a pre-selected number of billing periods), **PLUS**

        ii. any periodic interest charges and late fees we have billed you on the statement for which your minimum payment is calculated.

**3. IMPORTANT DEFINITIONS**

The *Important Definitions* section of your Cardmember Agreement is amended to include two new terms, *Interest Saving Balance* and *Flexible Financing Offers*, as follows:

| TERM | WHAT IT MEANS |
| --- | --- |
| **Interest Saving Balance** | When you take advantage of Flexible Financing Offers, we will not charge you interest on new purchases if you pay your entire Interest Saving Balance by the due date each month. |
| | If your Interest Saving Balance for any billing cycle is less than your minimum payment due, your Interest Saving Balance amount will reflect your minimum payment due to avoid a late fee. |
| **Flexible Financing Offers** | When you take advantage of Flexible Financing Offers, like those available with *My Chase Loan* and *My Chase Plan*, you can pay those balances over time based on their offer terms and still avoid additional interest charges on new purchases. |

**4. USING YOUR CARD**

We are adding *My Chase Loan* and *My Chase Plan* to your account. These are two new features under which Flexible Financing Offers may be available to you from time to time. Therefore, the *Using Your Card* section of your Cardmember Agreement is amended to include two new transaction types, *My Chase Loan* and *My Chase Plan* as follows:

8

| TRANSACTIONS | WHAT IT MEANS TO YOU | OUR RESPONSIBILITY |
|---|---|---|
| My Loan | If eligible, you may use the *My Chase Loan* feature to obtain cash as an electronic deposit into an eligible bank account held by a financial institution located in the United States by accepting a *My Chase Loan* offer. Each offer will include a *My Chase Loan* APR and the number of billing periods it will take to pay the *My Chase Loan* balance in full by making regular payments each monthly billing period.<br><br>Your ability to create a *My Chase Loan* balance is based on a variety of factors, such as your creditworthiness, your credit limit, and your past account behavior. You will not be able to create a *My Chase Loan* balance if you enroll in a debt management program or if your account is closed or in default.<br><br>*My Chase Loan* transactions are not Cash Advances or Balance Transfers. *My Chase Loan* provides Flexible Financing Offers. Therefore, when you have a *My Chase Loan* balance on your account, we will not charge you interest on new purchases if you pay your entire Interest Saving Balance by the due date each month. | At our discretion, we may make *My Chase Loan* available to you; we may decline a *My Chase Loan* transaction for any reason. |
| My Plan | If eligible, you may use the *My Chase Plan* feature through Chase.com or the Chase Mobile App to create, from recent eligible purchase transactions, a *My Chase Plan* balance with set repayment terms, subject to the *My Chase Plan* Fee. From the available offers, you select how many billing periods it will take to pay the *My Chase Plan* balance in full by making regular payments each monthly billing period. For each billing period during which there is a balance in the *My Chase Plan*, you will be charged the *My Chase Plan* Fee, rather than interest under the Purchase APR.<br><br>An eligible purchase transaction for *My Chase Plan* is a purchase of at least a specified dollar amount but may not include certain purchase transactions, such as cash-like transactions and any fee owed to us, including Annual Membership Fees. Cash advance, balance transfer and *My Chase Loan* transactions are not eligible for *My Chase Plan*.<br><br>Your ability to create a *My Chase Plan* balance is based on a variety of factors, such as your creditworthiness, your credit limit, and your account behavior. You will not be able to create a *My Chase Plan* balance if you enroll in a debt management program or if your account is closed or in default.<br><br>When you have a *My Chase Plan* balance on your account, we will not charge you interest on new purchases if you pay your entire Interest Saving Balance by the due date each month. | At our discretion, we may make *My Chase Plan* available to you; we may decline a *My Chase Plan* transaction for any reason. |

### 5. PAYING US BACK

- The second bullet under "What it Means to You" for the *Interest-Free Period on Purchases* within the *Paying Us Back* section of your Cardmember Agreement is amended to include a reference to Interest Saving Balance, as follows:
  - Your account is in an interest-free period when you pay your New Balance or Interest Saving Balance, as shown on your statement, every month by the due date and time. During this period, you will not pay interest on new purchases.
- The "What it Means to You" column for *Payment Allocation* under the *Paying Us Back* section of your Cardmember Agreement is amended in its entirety to read as follows:
  - When you make a payment, generally, we first apply your minimum payment to the monthly obligation for any Flexible Financing Offer balances with special payment obligations which require repayment of the balance over a pre-selected number of billing periods, and then to the balance on your monthly statement with the lowest APR.
  - Any payment above your minimum payment would generally then be applied to the balance on your monthly statement with the highest APR first.
  - If you do not pay your New Balance or Interest Saving Balance, as shown on your statement, in full each month, you may not be able to avoid interest charges on new purchases.

### 6. ABOUT OUR RELATIONSHIP

9

- The *About Our Relationship* section of your Cardmember Agreement is amended to include a new section titled *Binding Arbitration* as follows:

| IMPORTANT INFORMATION | WHAT IT MEANS |
| --- | --- |
| **Binding Arbitration** | Unless you timely reject the agreement to arbitrate, disputes with us may be resolved by binding arbitration. With arbitration, you cannot go to court, have a jury trial or initiate or participate in a class action for your dispute(s) with us. In arbitration, disputes are resolved by an arbitrator, not a judge or jury, and procedures are simpler and more limited than rules applicable in court. |
| | Please see the *Arbitration Agreement* section for more details, including instructions for how to reject the agreement to arbitrate. |

- The *Military Lending Act Notice* within the *About Our Relationship* section of your Cardmember Agreement is amended by replacing the second to last sentence with the following:

   If you are covered by the Military Lending Act, (i) then you are not bound by the Arbitration Agreement below, and (ii) notwithstanding anything to the contrary in this agreement, to the extent required by the Military Lending Act, nothing in this agreement will be deemed a waiver of the right to legal recourse under any otherwise applicable provision of state or federal law.

## 7. INTEREST CHARGES

With the introduction of *My Chase Loan*, the description of when we add transactions and fees to your daily balance within the *Interest Charges* section of your Cardmember Agreement is amended as follows:

"We add transactions and fees to your daily balance no earlier than:

- For new purchases, balance transfers, cash advances or *My Chase Loans*– the date of the transaction.
- For new cash advance checks or balance transfer checks – the date the payee deposits the check.
- Fees – either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose."

## 8. ARBITRATION AGREEMENT

   A new section titled *Arbitration Agreement* is hereby added to the end of the agreement as follows (following the section titled *Your Billing Rights*):

### ARBITRATION AGREEMENT

### PLEASE REVIEW—IMPORTANT—AFFECTS YOUR LEGAL RIGHTS

This arbitration agreement provides that all disputes between you and Chase must be resolved by BINDING ARBITRATION whenever you or we choose to submit or refer a dispute to arbitration. By accepting this arbitration agreement you GIVE UP YOUR RIGHT TO GO TO COURT (except for matters that may be taken to a small claims court). Arbitration will proceed on an INDIVIDUAL BASIS, so class actions and similar proceedings will NOT be available to you.

YOU HAVE THE RIGHT TO REJECT THIS AGREEMENT TO ARBITRATION, BUT IF YOU WISH TO REJECT IT, YOU MUST DO SO PROMPTLY. If you do not reject this agreement to arbitration by **08/07/2019** in the manner set forth below, then:

* In arbitration, your rights will be determined by a NEUTRAL ARBITRATOR and NOT A JUDGE OR JURY.

* The procedures in arbitration are simpler and more limited than rules applicable in court.

* Arbitrator decisions are subject to VERY LIMITED REVIEW BY A COURT.

If you do not reject this agreement by **08/07/2019**, you or we may elect to resolve any Claim by arbitration.

For purposes of this agreement to arbitrate, "you" includes any co-applicant or authorized user on your account, or anyone else connected with you or claiming through you; and "we" or "us" includes JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A., all of their parents, subsidiaries, affiliates, successors, predecessors, employees, and related persons or entities and all third parties who are regarded as agents or representatives of us in connection with the account, or the subject matter of the claim or dispute at issue.

All claims or disputes between you and us about or relating in any way to your account, any prior account, your cardmember agreement with us (including any future amendments), any prior cardmember agreement, or our relationship are referred to as "Claims" for purposes of this agreement to arbitrate. Claims include, for example, claims or disputes arising from or relating in any way to transactions involving your account; any interest, charges, or fees assessed on your account; any service(s)

or programs related to your account; any communications related to your account; and any collection or credit reporting of your account. Claims also include claims or disputes arising from or relating in any way to advertising and solicitations, or the application for, approval, or establishment of your account. Claims are subject to arbitration regardless of whether they are based on contract, tort, statute, regulation, common law or equity, or whether they seek legal or equitable remedies. All Claims are subject to arbitration whether they arose in the past, may currently exist, or may arise in the future. Arbitration will apply even if your account is closed, sold, or assigned; you pay us in full any outstanding debt you owe; or you file for bankruptcy. In the event that your account is sold and/or assigned, we retain our right to elect arbitration of Claims by you and you retain your right to elect arbitration of Claims by us.

* If you are covered by the Military Lending Act, then you are not bound by this arbitration agreement, and to the extent required by the Military Lending Act, nothing in this agreement will be deemed a waiver of the right to legal recourse under any otherwise applicable provision of state or federal law.

The only other exception to the arbitration requirement is that you have the right to file and pursue a Claim in a small claims court instead of arbitration if the Claim is in that court's jurisdiction and proceeds on an individual basis.

If you initiate a Claim in arbitration, no changes to the terms of this agreement to arbitrate that are made after we receive your Claim will apply to that Claim.

This agreement to arbitrate is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*.

### Can I (the customer) reject this agreement to arbitrate?

Yes. You have the right to reject this agreement to arbitrate if you notify us no later than **08/07/2019**. You must do so in writing by stating that you reject this agreement to arbitrate and include your name, account number, address and personal signature. Your notice must be mailed to us at P.O. Box 15298, Wilmington, DE 19850-5298. Rejection notices sent to any other address, or sent by electronic mail or communicated orally, will not be accepted or effective.

### What about class actions or representative actions?

Individuals sometimes seek to bring lawsuits on behalf of other, similarly situated individuals. This is often called a class action. Class actions, other similar representative procedures, and consolidation of Claims (except for claimants on the same account) are *not* available under this agreement to arbitrate. Claims in arbitration will proceed only on an individual basis. Additionally, you may not join your claims with other persons on other accounts in the arbitration; each person must arbitrate his or her own claims separately.

UNLESS YOU REJECT THIS AGREEMENT TO ARBITRATE, YOU AND WE ARE WAIVING THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION, OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION.

The arbitrator shall have no authority to entertain any Claim as a class action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate Claims brought by separate claimants (except for claimants on the same account). To be clear, this means that the arbitrator also shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party. If these terms prohibiting class, representative, or consolidation procedures are held to be legally unenforceable for any reason with respect to a Claim, then the Claim must be handled through litigation in court instead of by arbitration.

### How does arbitration work?

Arbitration is different from a lawsuit in state or federal court. Arbitration is conducted by private organizations that specialize in alternative dispute resolution, and is conducted before a neutral arbitrator instead of a judge or jury. Arbitration procedures are generally simpler and more informal than court procedures. For example, discovery is more limited in arbitration than in court. Also, arbitrator decisions are subject to only limited review by courts. As discussed above, certain rights that you may have in court are not available in arbitration. At the same time, in arbitration you are entitled to recover attorneys' fees from us to the same extent as you would be in court.

Under this agreement to arbitrate, the party filing a Claim must select either Judicial Arbitration and Mediation Services ("JAMS") or the American Arbitration Association ("AAA") as the arbitration administrator. You can learn more about these organizations online, at the addresses provided below. Each of these organizations will apply its code of procedures in effect at the time the arbitration claim is filed. If there is a conflict between that code of procedures and this arbitration provision and/or any sections of this agreement, this arbitration provision and/or this agreement will control. In the event that JAMS or the AAA is unable or unwilling to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the Federal Arbitration Act).

A single arbitrator designated by the arbitration administrator will decide the Claim under applicable law. The arbitrator is bound by the terms of this agreement to arbitrate. All issues are for the arbitrator to decide, except that issues relating to the scope, enforceability, interpretation, formation, and validity of this arbitration agreement are for a court to decide. The arbitrator will honor all claims of privilege recognized by law. Subject to the prohibition on class, representative, and consolidation procedures set forth above, the arbitrator will have the power to award to a party any damages or other

11

relief provided for under applicable law. That is, a party will be entitled to recover in arbitration any damages or other relief that it could recover if it prevailed in a court proceeding as an individual. No arbitration award or decision will have any preclusive effect on issues or claims in any subsequent proceedings beyond the Claims at issue. The arbitrator's authority is limited to claims between you and us, and the arbitrator can award damages or relief only to you, but not to or on behalf of anyone else.

Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail, we agree that we will not seek such an award.

If your Claim is for $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents, through a telephonic hearing, or in an in-person hearing. Any in-person hearing will take place in the federal judicial district that includes your address at the time the Claim is filed, unless the parties agree to a different place.

### *Is the arbitrator's decision final? Is there an appeal process?*

The arbitrator's decision will be final and binding on the parties. An arbitrator's award shall consist of a written statement setting forth the disposition of each Claim. At the request of any party, the arbitrator shall also set forth a written explanation of the essential findings and conclusions on which the award is based.

A party can file a written appeal to the arbitration administrator within 30 days after an award is issued. The appeal will proceed before a panel of three neutral arbitrators designated by the same arbitration administrator. That panel will consider all legal and factual issues anew, and make all decisions and awards by majority vote based on the documents and arbitration record without a hearing. Any review by a court shall be governed by the Federal Arbitration Act. Any final arbitration award will be binding on the named parties and enforceable by any court having jurisdiction.

### *Who will pay for costs?*

We will pay any costs that are required to be paid by us under the arbitration administrator's rules of procedure. Even if not otherwise required, we will reimburse you up to $500 for any initial arbitration filing fees you have paid. We will also pay any fees of the arbitrator and arbitration administrator for the first two days of any hearing. If you win the arbitration, we will reimburse you for any fees you paid to the arbitration organization and/or arbitrator. All other fees will be allocated according to the arbitration administrator's rules and applicable law. If you consider that you are unable to afford any fees that would be yours to pay to the arbitration administrator, you may request that we pay or reimburse them, and we will consider your request in good faith.

You may represent yourself in arbitration, or you may be represented by a lawyer. Except as described above, you will be responsible for your own attorneys' fees and costs.

### *How do I (the customer) file an arbitration claim?*

Rules and forms may be obtained from, and Claims may be filed with, JAMS at (800) 352-5267 or jamsadr.com; or the AAA at (877) 495-4185 or www.adr.org. Both of these administrators have particular rules for arbitrations initiated by a consumer.